UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**<br><br>Plaintiff<br><br>vs.<br><br>**Chris and Marcia Ribiero**<br><br>Defendant | ) Case No.:<br>)<br>) **CORPORATION DISCLOSURE**<br>) **STATEMENT**<br>)<br>)<br>) 03cv12580 RCL<br>) |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. MediaOne of Massachusetts, Inc. is wholly owned by Comcast of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

12/18/03
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page   1