EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Comcast of Massachusetts III, Inc.

V.

Chris and Marcia Ribiero

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12580 RCL

TO: (Name and address of Defendant)

Chris and Marcia Ribiero
12 Manning Street
Hudson, MA 01749

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: DEC 22 2003



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 21, 2004

I hereby certify and return that on 1/8/2004 at 9:25AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of CHRIS AND MARCI RIBIERO, , 12 MANNING Street HUDSON, MA 01749 and by mailing 1st class to the above address on 1/9/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

FRAMINGHAM

*Ron Hanson*

Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                             Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.