UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF MASSACHUSETTS III, INC.**

**V.**                                              **CIVIL ACTION NO. 03-12580-RCL**

**CHRIS & MARCIA RIBEIRO**

<u>**NOTICE OF DEFAULT**</u>

Upon application of the plaintiff, **Comcast of Massachusetts III, Inc.**, for order of Default for failure of the defendants, **Chris and Marcia Ribeiro** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 11th day of March, 2004.

TONY ANASTAS, CLERK

By: <u>/s/ Lisa M. Hourihan</u>
March 11, 2004                          Deputy Clerk