UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF MASSACHUSETTS III, INC.,**
    Plaintiff

V.                                         CIVIL ACTION NO. 03-12580-RCL

**CHRIS & MARCIA RIBEIRO,**
    Defendant

### PROCEDURAL ORDER ON DEFAULT

**LINDSAY, D.J.**

On <u>March 11, 2004</u>, notice(s) of default was/were issued as to defendant(s) <u>Chris and Marcia Ribeiro</u> pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default (including a proposed form of judgment by default), it shall do so on or before <u>May 15, 2004</u>. Failure to do so may result in dismissal.

April 28, 2004                                     By the Court,

                                                      /s/ Lisa M. Hourihan

_____
                                                      Deputy Clerk