## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                    **CIVIL ACTION NO.** 03cv12580RCL

**To the United States Marshal for the District of Massachusetts or either of**

**his Deputies and to** _____ **, Special**

**Process Server:**

    **WHEREAS** Comcast of Massachusetts III, Inc. ("Comcast") **has**

**recovered judgment against** Chris & Marcia Ribeiro

_____ **on the** 7th **day**

**of** June, 2004 _____ **, for the sum of $** 7,556.50 _____ **,**

**debt or damage, pre-judgment interest in the amount of $** 0 _____ **,**

**and costs of this suit in the amount of $** 198.38 _____ **, as to us appears of**

**record, whereof this First Execution remains to be done,**

    **WE COMMAND YOU, therefore, that of the goods and chattels or lands of**

**the said Judgment Debtor, to cause to be paid and satisfied unto the said**

**Judgment Creditor, at the value thereof in money, the aforesaid sums, being a**

**total of $** 7,754.88 _____ **, in the whole, with interest thereon at the rate**

**of** 2.07% **from said day of rendition of said judgment; and thereof also to satisfy**

**yourself for your own fees.**

    **HEREOF FAIL NOT and make due return of this Writ with your doings**

**thereon into the Clerk's Office of our said court, at** U.S.D.C. District of MA,

**Massachusetts, within Twenty (20) years after the date of said judgment,** Boston **or within**

**Ten (10) days after this Writ has been satisfied or discharged.**

    **Dated this** 7 **day of** August _____ **.**

                            **SARAH A. THORNTON**
                            **CLERK OF COURT**

                            **By:** Steve York
                                **Deputy Clerk**

SEAL
UNITED STATES

Execution 1st.wpd - 3/7/2005